IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD WILLIAMS<br><br>v.<br><br>CITY OF CHESTER, et al. | CIVIL ACTION<br><br>NO. 14-4420 |
|---|---|

### ORDER

And NOW, this 15th day of January 2015, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendants' Partial Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 9) is GRANTED and:

1. All claims under 42 U.S.C. § 1983 based on alleged violations of the Fourteenth Amendment are DISMISSED WITH PREJUDICE;

2. The state law claims for assault and battery, loss of consortium, and false arrest against the City of Chester are DISMISSED WITH PREJUDICE;

3. All claims under 42 U.S.C. § 1983 against the City of Chester are DISMISSED WITHOUT PREJUDICE, with leave to amend; and

4. Plaintiff Bernadette Williams's loss of consortium claim, to the extent that claim is based on 42 U.S.C. § 1983, is DISMISSED WITH PREJUDICE.

Plaintiffs may file an amended complaint with regard to their claims under 42 U.S.C. § 1983 against the City of Chester within 14 days of the date of this Order.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 14\14-4420 williams v. city of chester\14-4420 -- Order MTD Grant.docx